7jgmthhd (7/14)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Eldon Duane Locke, Jr.
*Debtor*

*Bankruptcy Case No.*
10–62787–abf7

**J. Kevin Checkett**
　Plaintiff(s)

*Adversary Case No.*
14–06013–abf

v.

**J. Carole Locke**
　Defendant(s)

## JUDGMENT

　　This proceeding having come on for trial or hearing before the court, the Honorable Arthur B. Federman , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

*IT IS ORDERED AND ADJUDGED*: That judgment is hereby entered in favor of Plaintiff J. Kevin Checkett, Chapter 7 Trustee, and against Defendant J. Carole Locke, in the amount of $21,000.



Ann Thompson
Court Executive

By: /s/ Sharon Greene
　　Deputy Clerk

Date of issuance: 8/28/14

Court to serve